IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 20-CR-30013-SMY-1 |
| ) | |
| ERICA S. ROSE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, through Luke J. Weissler, Assistant U.S. Attorney for this District, and herewith enter into the following Stipulation of Facts with the Defendant, Erica S. Rose ("Rose"), represented by her attorney, Talmage E. Newton, pertaining to the conduct of the defendant charged in the Indictment in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1. From at least February 2018, and continuing until November 2018, Rose knowingly and willfully conspired with Ashley McKinney ("McKinney") (also known as "Ashley Heidelberg") to commit an offense against the United States, namely to devise and participate in a scheme and artifice to defraud elderly persons, financial institutions and others to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

2. Rose and McKinney knowingly carried out their fraud scheme by utilizing Rose's employment with a home health care company located in Belleville, Illinois, that provided in-home aides and caretakers to elderly individuals within the Southern District of Illinois. Through this employment, Rose gained access to the homes of elderly clients.

3. While inside the homes, Rose stole her elderly clients' social security numbers and identifying information. Rose did not have authority or permission to use or share this information outside of her role as an aide and caretaker.

4. Rose then provided the stolen identifying information to McKinney, who used and attempted to use the stolen information to obtain money and property, and defraud banks insured by the Federal Deposit Insurance Corporation by depositing and attempting to deposit fraudulent checks drawn on elderly victims' bank accounts.

5. Rose admits that for purposes of carrying out the scheme, interstate wire communications took place, including phone calls from Illinois to Nebraska and attempted purchases in Missouri using bank accounts located in Illinois.

6. Rose further admits that for purposes of carrying out the scheme, McKinney knowingly caused funds to be withdrawn from the bank accounts of victims at banks whose deposits were insured by the Federal Deposit Insurance Corporation.

7. Rose further admits that during and in relation to the conspiracy to commit bank fraud and wire fraud, Rose knowingly possessed a means of identification, namely a social security number issued to an individual with the initials M.W. Rose further admits that she knew the means of identification belonged to the victim, and possessed the means of identification without the victim's permission and without lawful authority.

8. Rose further admits that she abused a position of trust to commit the offenses described above, and victimized vulnerable individuals.

SO STIPULATED:

                                                UNITED STATES OF AMERICA,

                                                STEVEN D. WEINHOEFT
                                                United States Attorney

_____       _____
ERICA S. ROSE                                      LUKE J. WEISSLER
Defendant                                            Assistant United States Attorney

_____
TALMAGE E. NEWTON IV
Attorney for Defendant

Date: _____       Date: 11/4/2020

3